NO. SCWC-29937

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

---

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

vs.

GLENN KEOHOKAPU, JR., Petitioner/Defendant-Appellant.

---

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(ICA NO. 29937; CR. NO. 08-1-0905)

ORDER ACCEPTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama,
Acoba, Duffy, and McKenna, JJ.)

The Application for Writ of Certiorari filed on January

4, 2012 by Petitioner/Defendant-Appellant, Glenn Keohokapu, Jr.

(Petitioner) is hereby accepted and will be scheduled for oral

argument.  The parties will be notified by the appellate clerk regarding scheduling.

DATED:  Honolulu, Hawai'i, February 14, 2012.

Cynthia A. Kagiwada,
for petitioner/
defendant-appellant,
on the application.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Simeon R. Acoba, Jr.

/s/ James E. Duffy, Jr.

/s/ Sabrina S. McKenna

